UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANWER RAO, et al., | ) | No. 4:14 CR 150 JAR/TCM |
| GREG SLOAN, et al., | ) | No. 4:14 CR 152 RWS/NCC |
| MARK PALMER, et al., and | ) | No. 4:14 CR 175 AGF/DDN |
| PAMELA TABATT, et al., | ) | No. 4:14 CR 187 JAR/DDN |
| | ) | |
| Defendants. | ) | |

**ORDER ON JOINT REQUEST FOR ADDITIONAL TIME
TO FILE SUPPLEMENTAL MOTION FOR LEAVE
TO FILE MOTION TO DISMISS WITH EVIDENCE IN SUPPORT**

    **IT IS HEREBY ORDERED** that the joint motions of defendants in above-styled actions for an additional two weeks in which to file joint supplemental motions for leave to support with evidence defendants' potential motions to dismiss their respective indictments (No. 4:14 CR 152, Doc. 256; and No. 4:14 CR 187, Doc. 108) are sustained.

    With the approval of Magistrate Judges Thomas C. Mummert and Noelle C. Collins,

    **IT IS FURTHER ORDERED** that all defendants in all four cases may have until March 31, 2015 to file joint supplemental motions.  The Clerk of Court will file this Order in all four above-styled cases.

                                                     /S/   David D. Noce
                                        **UNITED STATES MAGISTRATE JUDGE**

Signed on March 16, 2015.