MOTION:
Granted ✓
Denied
Overruled
Date
[signature] 4/3/15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANWAR RAO, et al., )<br>GREG SLOAN, et al., )<br>MARK PALMER, et al., and )<br>PAMELA TABATT et al., )<br>)<br>Defendants. ) | No. 4:14CR00150 JAR/TCM<br>No. 4:14CR00152 RWS/NCC<br>No. 4:14CR00175 AGF/DDN<br>No. 4:14CR00187 JAR/DDN |

## GOVERNMENT'S WITHDRAWAL OF ITS PREVIOUSLY-FILED MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Jennifer A. Winfield and Erin O. Granger, Assistant United States Attorneys for said District, and withdraws its previously-filed Motion for Entry of a Protective Order Governing Discovery which was electronically filed on December 17, 2014, in each of the above-referenced causes [Doc #143, #209, #115 and #77, respectively]. In support of the Government's withdrawal, it states as follows:

Defense counsel and the Government have agreed on a newly-revised Motion for Entry of a Protective Order Governing Discovery which, in each of the above-references causes, will be electronically filed following the e-filing of the instant motion.