# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| PAMELA TABATT et. al., ) | 4:14CR00187 JAR (DDN) |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO FILE MOTION TO DISMISS

Come now Defendants through their respective attorneys and hereby request an extension of time in which to file a Motion to Dismiss and in support thereof state:

1.  There is currently a deadline of September 1, 2015 for defendant's to file a Motion to Dismiss the indictment in this matter and a status conference is scheduled for September 3, 2015.

2.  There have been ongoing plea negotiations for a "global resolution" of these cases. Specifically, lead counsel in the four indictments as well as attorneys representing Defendant Wolfe met with the Assistant U.S. Attorneys handling the case. Subsequently, the same parties met with U.S. Attorney Richard Callahan in order to reach an amicable resolution. The thought is that by reaching an agreement with the lead attorneys, the other Defendants will have an idea of the "ceiling" they are facing which in turn will make their cases easier to resolve.

3.  There remains outstanding discovery. Batch 8, which was to have been disclosed by the government, has yet to be received.

4.     The undersigned is cognizant that this Honorable Court is not comfortable extending the time in which to file any Motions to Dismiss. However, in light of the foregoing, if it appears that the cases will be resolved, filing any pretrial motions seems to be unnecessary. Similarly, if all the discovery has not been produced, any motions filed would be open to being amended at a further date.

5.     The Government does not oppose this motion.

WHEREFORE, Defendants request that the filing of a Motion to Dismiss be extended until after the September 3, 2015 Status Conference.

Respectfully Submitted,


GOEKE LAW FIRM

/s/J. CHRISTIAN GOEKE
Attorney for Defendant Berra
J. Christian Goeke
7711 Bonhomme Ave., Suite 850
Clayton, Missouri 63105
Telephone: (314) 862-5110
Fax: (314) 862-5943
Email: chris@jcgoekelaw.com

LYNCH LAW FIRM

/s/John M. Lynch by: JCG
John M. Lynch
Attorney for Defendant Tabatt
7777 Bonhomme Ave., Suite 1200
Clayton, Missouri 63105
Telephone: (314) 726-9999
Fax: (314) 726-9199
Email: jlynch@lynchlawonline.com

KAGAN LAW FIRM

/s/Lenny Kagan by: JCG
Lenny Kagan
Attorney for Defendant Gross
7911 Forsyth Blvd. Suite 300
Clayton, Missouri 63105
Telephone: (314) 913-9990
Fax: (314) 863-5335
Email:  lgkagan@hotmail.com

## CERTIFICATE OF SERVICE

Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following on this 25th day of August, 2015 to:

James Delworth
Assistant United States Attorney
111 S. 10th Street
St. Louis, Missouri 63102

/s/ J. Christian Goeke
J. Christian Goeke #71795
Attorney for Defendant