UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANWER RAO, et al., ) Case No.  4:14CR0150 JAR/TCM<br>GREG SLOAN, et al., ) Case No.  4:14CR0152 RWS/NCC<br>MARK PALMER, et al., ) Case No.  4:14CR0175 AGF/DDN<br>PAMELA TABATT, et al., ) Case No.  4:14CR0187 JAR/DDN<br>)<br>)<br>Defendants. ) | |

## ORDER

The Status Conference previously set for September 3, 2015, at 12:00 p.m. is continued until **October 1, 2015**, at **12:00 p.m.** in Courtroom 15-North, to discuss the status of the coordinated effort to review the voluminous discovery in these four cases.

**IT IS FURTHER ORDERED** that all counsel of record for defendants and counsel for the Government are required to be present.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of August, 2015.