# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14 CR 187 JAR / DDN |
| ) | |
| PAMELA TABATT, ) | |
| RICHARD GROSS, ) | |
| PAUL BERRA, JR., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PRETRIAL MOTION WAIVERS

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for December 30, 2015.

**PAMELA TABATT**

At the evidentiary hearing, defendant appeared in open court, with counsel, and advised the undersigned that she had decided not to raise any issues by way of pretrial motions. She thereupon in open court under oath voluntarily waived her rights to file pretrial motions and to have a pretrial hearing in this case at this time and in the future.

Accordingly,

The following motions are withdrawn:  docs. 44, 48, 147-49, 151.

**RICHARD GROSS**

At the evidentiary hearing, defendant appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial

motions.  He thereupon in open court under oath voluntarily waived his rights to file pretrial motions and to have a pretrial hearing in this case at this time and in the future.

Accordingly,

The following motions are withdrawn:  docs. 49, 59, 147-49, 151.

**PAUL BERRA, JR**.

At the evidentiary hearing, defendant appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions.  He thereupon in open court under oath voluntarily waived his rights to file pretrial motions and to have a pretrial hearing in this case at this time and in the future.

Accordingly,

The following motions are withdrawn:  docs. 44, 49, 147.

**IT IS HEREBY ORDERED** that the trial before a jury is set for **Tuesday, February 16, 2016, at 9:00 a.m.**



/S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on December  30, 2015.