UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:14CR00187 JAR |
| PAMELA TABATT, RICHARD GROSS, and PAUL BERRA, JR., | ) ) ) ) ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Richard E. Finneran, Assistant United States Attorney for said District, and hereby enter their appearance as an attorney for the plaintiff, United States of America.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        */s/ Richard E. Finneran*
        RICHARD E. FINNERAN, #60768MO
        Assistant United States Attorney
        111 South 10th Street, Suite 20.333
        Saint Louis, Missouri 63102
        Telephone:    (314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Richard E. Finneran*
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney