Dear you're Honor,

**RECEIVED**
**JUL 19 2016**
**BY MAIL**

Ref: Court case number:

4:14 CR 00187 JAR

My name is Joe H. Lee A. & Maria Lee L., I live in Temple City, California 91780. I would like to submit an application for interested property as the third party whom under your court Jurisdiction. If the property will be available, please contact us. Thank you.

| | | |
|---|---|---|
| Note: | My name: | Joseph & Maria Lee |
| | My phone: | (650) 943 – 3333 |
| | My address: | 11022 Freer Street |
| | | Temple City, CA 91780 |
| | My email: | championinchrist@hotmail.com |

Dated: on July 15, 2016 at Temple City, California 91780.

Note: Property is locating at:

114 Brookfield Boulevard
Wentzville, MO 63385

_____          _____
Maria Lee                                                Joe H. Lee

# SEIZED ASSET CLAIM FORM

[Agency Name – from Notice Letter or Internet Advertisement]

[Agency Address– from Notice Letter or Internet Advertisement]

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

| PART I: Enter your contact information |  |
|---|---|
| Name: JOSEPH H. LEE A.   and   Maria Lee L. | |
| Address: [Include Street, City, State and Zip Code] 11022 Freer Street  Temple City, CA 91780 | |
| Telephone Number: (optional) (650) 943 - 3333 | Email Address: (optional) championinchrist@hotmail.com |
| Attorney Name: (optional) NONE | |
| Attorney Address: [Include Street, City, State and Zip Code] NONE | |
| Attorney Telephone Number: (optional) NONE | Attorney Email Address: (optional) NONE |

**PART II: List all assets you are claiming**
State your interest in each asset listed and explain why you believe the property belongs to you. You may attach documents to support your claim. If claiming more than three assets, continue on a separate page.

| 1. | Asset ID Number: 4:14CR00187 JAR | Description of Asset: |
|---|---|---|
|  | Interest in Property: 114 BROOKFIELD BOULEVARD, WENTZVILLE, MO 63385 | |
| 2. | Asset ID Number: | Description of Asset: |
|  | Interest in Property: | |
| 3. | Asset ID Number: | Description of Asset: |
|  | Interest in Property: | |

1

**PART III:  Declaration**

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

JOSEPH H. LEE A          and      Maria Lee L.
Name Printed

*[signatures]*

Signature

07/15/2016

Date


If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. 18 U.S.C. § 983(h). A false statement or claim may subject a person to prosecution under 18 U.S.C. § 1001.

2

Joseph H & Maria Lua
11022 Freer Street
Temple City, CA 91780

Case: 4:14-cr-00187-JAR   Doc. #: 295   Filed: 07/19/16   Page: 4 of 4 PageID #: 1443

SANTA ANA CA 926

16 JUL 2016 PM 1 L

RECEIVED
JUL 19 2016
BY MAIL

To:
United States District Court
The Clerk of The Court
111 South 10th Str, Suite 3.300
St. Louis, MO  63102

63102-112325